THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ERIC BAILEY, Appellant.

Submitted October 27, 2008; decided November 20, 2008

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD BROOKS, Appellant.

Submitted October 27, 2008; decided November 20, 2008

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

Submitted October 27, 2008; decided November 20, 2008

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE DAVIS, Appellant.

Submitted November 17, 2008; decided November 20, 2008

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.